754 A.2d 678

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Kenneth G. JUMPER, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1998.

Decided July 19, 2000.

Austin F. Grogan, Asst. Public Defender, Taylor P. Andrews, Public Defender, for Kenneth G. Jumper.

Jamie Keating, Asst. Dist. Atty., M.L. Ebert, Jr., Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

Justice SAYLOR did not participate in the consideration or decision of this case.